

FILED
SEP 13 2010
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MICHAEL P. DUNSMORE, | Cause No. CV 10-00031-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF MONTANA, et al., | |
| Defendants. | |

Pending is Plaintiff Michael P. Dunsmore's Motion to Remove Order to Pay Filing Fees. (Court Doc. 10). Plaintiff filed a Motion to Proceed in Forma Pauperis in this matter on June 16, 2010. (Court Doc. 1). That motion was granted on July 16, 2010 and the case was recommended for dismissal. (Court Doc. 5). This Court adopted the recommendation of dismissal and this case was dismissed on August 10, 2010. (Court Doc. 8).

Pursuant to 28 U.S.C. § 1915(b)(1) "if a prisoner brings a civil action . . . in forma pauperis, the prisoner shall be required to pay the full amount of the filing fee." The collection amount is set by statute and will not be altered by this Court.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Plaintiff's Motion to Remove Order to Pay Filing Fees (Court Doc. 10) is DENIED.

DATED this 13 day of September, 2010.

_____
DONALD W. MOLLOY
United States District Judge